UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE HAWKINS | CIVIL ACTION |
| VERSUS | NO. 10-1178 |
| MARLIN GUSMAN, ET AL | SECTION "F"(5) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

IT IS ORDERED that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 20th day of APRIL, 2011.

_____
UNITED STATES DISTRICT JUDGE